UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:24-cr-20017

v.                                       Honorable Thomas L. Ludington
                                                 United States District Judge

ANTHONY CHARLES BROOKS,

        Defendant.
_____/

**ORDER REVOKING BOND**

On January 10, 2024, a grand jury indicted Defendant Anthony Charles Brooks on one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1). ECF No. 1. On February 12, 2024, Magistrate Judge Curtis Ivy conducted an initial appearance and arraignment, and the Defendant consented to detention pending trial. ECF No. 9. In May 2024, this Court received a letter from Defendant requesting a detention hearing. ECF No. 14. Defendant's action prompted defense counsel to withdraw from this case. ECF Nos. 15, 16. After new counsel filed an appearance, a detention hearing was scheduled, but later canceled when the Government did not object to Defendant's release. ECF No. 20, 21. On November 27, 2024, Pretrial Services petitioned a hearing to revoke bond due to Defendants failure to abide by conditions. ECF No. 24. On December 11, 2024, this Court conducted a bond hearing and revoked Defendant's bond for the reasons stated on the record.

Accordingly, for the reasons stated on the record, it is **ORDERED** that the Defendant's bond is **REVOKED**, and Defendant is **ORDERED DETAINED PENDING TRIAL**.

- 2 -

**This is not a final order and does not close the above-captioned case**.

Dated: December 16, 2024                           s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge