UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 1:24-cr-20017

v.          Honorable Thomas L. Ludington
        United States District Judge

ANTHONY CHARLES BROOKS,

        Honorable Patricia T. Morris
        Defendant.          United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On March 17, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Anthony Charles Brooks's consent. *See* ECF Nos. 29; 30. The next day, Judge Morris issued a report recommending that this Court accept Defendant's guilty plea. ECF No. 32. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 32, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED** and that the Rule 11 Plea Agreement, ECF No. 31, is **TAKEN UNDER ADVISEMENT**.

Dated: April 3, 2025         s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge